723 A.2d 611

IN THE MATTER OF STANLEY J. HAUSMAN, AN ATTORNEY AT LAW.

February 10, 1999.

## ORDER

**STANLEY J. HAUSMAN** of **CALDWELL,** who was admitted to the bar of this State in 1970, having pleaded guilty to four counts of a federal information charging him with structuring

transactions to evade federal financial institution reporting requirements, in violation of 31 *U.S.C.A.* 5322(b) and 5324(a)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **STANLEY J. HAUSMAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **STANLEY J. HAUSMAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **STANLEY J. HAUSMAN** comply with *Rule* 1:20–20 dealing with suspended attorneys.